## NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 03-970

**STATE OF LOUISIANA**

**VERSUS**

**BRENT LANE PHELPS**

************

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NOS. 63,781-63,787,
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

************

## MICHAEL G. SULLIVAN
## JUDGE

************

Court composed of Billie Colombaro Woodard, Michael G. Sullivan, and Billy H. Ezell, Judges.

**AFFIRMED.**

**William E. Tilley**
  **District Attorney**
**Terry W. Lambright**
  **Assistant District Attorney**
**Post Office Box 1188**
**Leesville, Louisiana  71446**
**(337) 239-2008**
**Counsel for Plaintiff:**
    **State of Louisiana**

**Paula C. Marx**
**Louisiana Appellate Project**
**Post Office Box 80006**
**Lafayette, Louisiana   70598-0006**
**(337) 991-9757**
**Counsel for Defendant:**
      **Brent Lane Phelps**